# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| PATRICK KELL,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN DOE,<br><br>*Defendant*. | CIVIL ACTION NO.<br>5:19-cv-00275-TES |

## ORDER

On July 9, 2019, Plaintiff filed his Complaint [Doc. 1]; however, he did not pay the requisite filing fee of $400.00. On January 7, 2020, the Court ordered Plaintiff to either pay the filing fee or submit a proper motion for leave to proceed without prepayment of the filing fee. [Doc. 5]. The Court warned Plaintiff that his failure to comply with the Court's Order would result in the dismissal of Plaintiff's action. [*Id.*, p. 1]. The Court gave Plaintiff twenty-one (21) days to comply with the Order. [*Id.*]. The time for compliance again passed with no response from Plaintiff.

Accordingly, because Plaintiff has failed to respond to the show cause order or otherwise prosecute his case, the Court **DISMISSES without prejudice** the Plaintiff's case. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b) and then citing *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss

an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 10th day of February, 2020.

                                                    s/ Tilman E. Self, III
                                                    **TILMAN E. SELF, III, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**